HMK/jb FS 7922

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL INC.

        Plaintiff,                    07 CIV 6621 (VM)(MHD)
                                               ECF CASE

    -against-

M/V DA ZHONG, her engines, boilers,        **RULE 7.1 STATEMENT**
tackle, etc., LAND AIR & SEA TRANSPORT,
HUADAO SHIPPING (FAR EAST) LTD., BIG LIFT
SHIPPING B.V., COSCO SHIPPING CO., LTD.,
(COSCOL) GUANGZHOU OCEAN SHIPPING
CO., LTD.  (COSCO GUANGZHOU),

        Defendants.
------------------------------------------------------------X

        PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: July 17, 2007

                                               KINGSLEY, KINGSLEY & CALKINS
                                               Attorneys for Plaintiff

                                               BY:__/S/_____
                                                 HAROLD M. KINGSLEY
                                                 91 W. Cherry Street
                                                 Hicksville, New York 11801
                                                 (516) 931-0064