UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

                Plaintiff,

               **V.**

M/V DA ZHONG, her engines, boilers, tackle, etc., LAND
AIR & SEA TRANSPORT, HUADAO SHIPPING (FAR
EAST) LTD., BIG LIFT SHIPPING B.V., COSCO
SHIPPING CO., LTD., (COSCOL) GUANGZHOU OCEAN
SHIPPING CO., LTD. (COSCO GUANGZHOU)

                Defendants.

**CERTIFICATE OF MAILING**



07 CV 6621 (VM)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17th Day of August, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**23rd Day of July, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 311 368

*J. Michael McMahon*
                CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

August 1, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  MAN FERROSTAAL, INC., v. M/V DA ZHONG *et al.*



...plaint on the following defendants
...il Procedure Rule 4: (f)(2)(c) (ii):

enter

Very truly yours,