*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-07

November 16, 2007

Hon. Victor Marrero
United States District Judge
U.S. Courthouse
500 Pearl Street, RM 660
New York, NY 10007

     RE: MAN Ferrostaal, Inc. v. M/V DA ZHONG, et al.
       07 CIV 6621 (VM)
       Our Ref: FS 7922

Hon. Sir:

 We represent the plaintiff in the above captioned maritime cargo damage case filed on July 23, 2007. Defendants are foreign based entities in the maritime trade and have been properly served by mail through the Clerk's office pursuant to Rule 4(f)(2)(C)(ii). It will be 120 days on November 20, 2007, since the complaint was filed, and we have been contacted by representatives of the defendants and are attempting to reach an amicable settlement of this case before defendants are required to retain counsel and answer the complaint..

 The initial pretrial conference has not yet been scheduled, and we respectfully request that this case not be dismissed for want of prosecution even though defendants have not timely answered the complaint while a possible settlement is being negotiated.

 Thank you.

                Respectfully,

SO ORDERED: Plaintiff is directed to inform the Court regarding the status of this matter within 30 days of the date of this Order.

SPO 11-20-07
DATE    VICTOR MARRERO, U.S.D.J.