HMK/jb FS-7922

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

----------------------------------------------------------X

MAN FERROSTAAL INC.

        Plaintiff,

  -against-

M/V DA ZHONG, her engines, boilers,
tackle, etc., LAND AIR & SEA TRANSPORT,
HUADAO SHIPPING (FAR EAST) LTD., BIG LIFT
SHIPPING B.V., COSCO SHIPPING CO., LTD.,
(COSCOL) GUANGZHOU OCEAN SHIPPING
CO., LTD. (COSCO GUANGZHOU),

        Defendants.
----------------------------------------------------------X

ECF

07 Civ. 6621 (VM)

STIPULATION AND
CONSENT ORDER OF
DISMISSAL PURSUANT
TO RULE 41(a), F.R.C.P.

The subject case having been settled, it is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without costs to any party.

Dated: December 11, 2007

                              KINGSLEY KINGSLEY & CALKINS
                              Attorneys for Plaintiff

                              BY: _____
                              STEVEN P. CALKINS
                              91 West Cherry Street
                              Hicksville, N.Y. 11801
                              (516) 931-0064

SO ORDERED: 13 December 2007
The Clerk of Court is directed to close this case.

_____
U.S.D.J.  Victor Marrero